AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM 4:49
RECEIVED AUG 1 '24

United States of America
v.
DOMINIC ARMSTRONG

Defendant

) Case: 1:24-cr-00349
) Assigned to: Judge Contreras, Rudolph
) Assign Date: 8/1/2024
) Description: INDICTMENT (B)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DOMINIC ARMSTRONG

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2119(1) - Carjacking; 18 U.S.C. § 924(c)(1)(A)(ii) - Using, Carrying, Possessing, and Brandishing a Firearm in Furtherance of a Crime of Violence; 18 U.S.C. § 2 - Aiding and Abetting; FORFEITURE: 18 U.S.C. § 982(a)(5); 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p)

Date: 08/01/2024

*Issuing officer's signature*

City and state: WASHINGTON, DC

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 8/1/24, and the person was arrested on *(date)* 9-12-24
at *(city and state)* DC

Date: 9-12-24

*Arresting officer's signature*

DUSM Trejo
*Printed name and title*